# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,          : No. 287 MAL 2023
                                       :
      Respondent                       :
                                       : Petition for Allowance of Appeal
                                       : from the Order of the Superior Court
      v.                               :
                                       :
                                       :
DAVON LEE BROWN,                       :
                                       :
      Petitioner                       :


## ORDER


**PER CURIAM**

    **AND NOW**, this 4th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.